Benjamin OPPENHEIM, Respt., v. METROPOLITAN STREET RAILWAY CO. et al., Applts. (Supreme Court, Appellate Division, First Department. June 6, 1916.) Order appealed from modified by providing that the order for examination be modified by striking out the provision, "and in all other cases and proceedings against attorneys referred to in the annexed affidavits," and by changing "referring to said cases" to "referring to said case," and, as so modified, affirmed, with $10 costs and disbursements to the respondent. No opinion. Settle order on notice, the date for the examination to proceed to be fixed in the order.

Nicholas ORLANDO, appellant, v. GREAT EASTERN CASUALTY COMPANY, respondent. (Supreme Court, Appellate Division, Second Department. November 19, 1915.) Inasmuch as the Appellate Term granted a new trial, the application is denied, but without costs.

Jose M. ORTIZ, Applt., v. Volney D. WILLIAMSON et al., Respts. (Supreme Court, Appellate Division, First Department. June 23, 1916.) Order affirmed, with $10 costs and disbursements. No opinion. Order filed.

John D. OSTRANDER, as Admr., etc., Respt., v. HOLBROOK, CABOT & ROLLINS CORPORATION, Applt. (Supreme Court, Appellate Division, First Department. June 23, 1916.) Judgment and order affirmed, with costs. No opinion. Order filed.

Kathi PAFFEN, individually and as executrix, etc., appellant, v. CITY OF NEW YORK and Coney Island & Brooklyn Railroad Company, respondents. (Supreme Court, Appellate Division, Second Department. May 19, 1916.) Motion denied, with $10 costs.

Augustus PARKER-SMITH, respondent, v. PRINCE MANUFACTURING COMPANY, appellant. (Supreme Court, Appellate Division, Second Department. June 9, 1916.) Motion denied, without costs.

William E. PARNALL, Applt., v. George SEEBER, Respt. (Supreme Court, Appellate Division, First Department. June 30, 1916.) Judgment affirmed, with costs. No opinion. Order filed.

Charles A. PEACOCK v. LUTZ & SCHRAMM CO. (Supreme Court, Appellate Division, First Department. May 12, 1916.) Motion granted. Order filed.

Antanas PECHULIS, respondent, v. PHILADELPHIA & READING COAL & IRON COMPANY, appellant. (Supreme Court, Appellate Division, Second Department. June 23, 1916.) Order modified, by striking therefrom the recital as to the filing of the affidavit of Edward G. Delaney, and, as so modified, affirmed, without costs. No opinion. Jenks, P. J., and Carr, Stapleton, Rich, and Putnam, JJ., concur.

Andrew PECK, respondent, v. George D. COOK and Arthur B. Turner, etc., appellants. (Supreme Court, Appellate Division, Second Department. November 19, 1915.) Order affirmed, with $10 costs and disbursements. No opinion. Jenks, P. J., and Thomas, Carr, Stapleton, and Putnam, JJ., concur.

Rose PECTOR, Applt., v. J. Oscar DELAMATER, Respt. (Supreme Court, Appellate Division, First Department. June 9, 1916.) Order modified, as stated in order and, as so modified, affirmed, without costs. No opinion. Order filed.

Elizabeth Warden PELL, administratrix, etc., of Samuel Osgood Pell, deceased, respondent, v. LONG ISLAND RAILROAD COMPANY, appellant. (Supreme Court, Appellate Division, Second Department. June 29, 1916.) Judgment and order reversed, and new trial granted, costs to abide the event, upon the grounds (a) that the finding imported by the verdict, to the effect that the whistle did not blow, is against the greater weight of the evidence; (b) that the charge was confusing upon certain material points, viz., in charging in effect, that negligence could be found from the absence of a flagman and later that it could not, and in charging in like contradiction as to the question of speed; and (c) that the charge upon the subject of the signboard or post was erroneous. It is to be noted that the response to the thirty-fourth request to charge was in effect to grant it, viz., "I have already charged this proposition." Jenks, P. J., and Mills and Putnam, JJ., concur. Thomas and Stapleton, JJ., vote to affirm.

In the Matter of the application for the appointment of a committee of the person and property of Susan A. PENFIELD, an alleged incompetent person. (Supreme Court, Appellate Division, Second Department. May 26, 1916.) Order affirmed, with $10 costs and disbursements. No opinion. Jenks, P. J., and Carr, Stapleton, Rich, and Putnam, JJ., concur.

PEOPLE v. Morris ASOFSKY. (Supreme Court, Appellate Division, First Department. May 12, 1916.) Motion to dismiss appeal granted. Order filed.

PEOPLE, respt., v. BOARD OF EDUCATION OF UNION FREE SCHOOL DISTRICT NO. 1 OF TOWN OF MORAVIA, etc., applt. (Supreme Court, Appellate Division, Fourth Department. May 26, 1916.) Judgment of conviction and order affirmed. All concur.

PEOPLE, Respt., v. Pietro BRUSCO and Niva Funnera, Applts. (Supreme Court, Appellate Division, First Department. June 23, 1916.) Judgment affirmed. No opinion. Order filed.

PEOPLE, appellants, v. Joseph W. BURKE, respondent. (Supreme Court, Appellate Division, Second Department. June 23, 1916.) Motion to dismiss appeal granted.

PEOPLE, respt., v. Raymond CAREY, applt. (Supreme Court, Appellate Division, Fourth Department. July 6, 1916.) Motion to dismiss